SEALED

FILED

APR 7 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>    v. )<br> )<br>SEALED, )<br> )<br>        Defendant. )<br>_____) | 2:11- CR - 0 1 5 9 FCD |

SEALING ORDER

    Upon Petition of the United States of America and good cause

having been shown,

    IT IS HEREBY ORDERED that the documents in the above referenced

case shall be sealed until the arrest of the defendant or until

further order the Court.


DATED:   April 7, 2011


                                        _____
                                        DALE A. DROZD
                                        United States Magistrate Judge