BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2771

FILED
APR 1 2 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>JOSEPH WOOD,  )<br>  )<br>    Defendant.  )<br>_____ ) | CR. NO. 2:11-cr-159 FCD<br><br>ORDER TO UNSEAL |

The Court hereby orders that the Indictment, the Petition to Seal Indictment, and the Order to Seal the indictment, in the above-referenced case shall be unsealed.

DATED: 4-12-11

_____
CRAIG M. KELLISON
United States Magistrate Judge