IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JOSEPH WOOD<br><br>            Defendant. | CASE NO. 2:11-cr-00159-FCD<br><br>ORDER GRANTING STIPULATION<br>AND TO EXCLUDE TIME |

For the reasons set forth in the parties' stipulation, the status conference in this case is continued from July 11, 2011 to September 6, 2011 at 10:00 a.m.  The time between July 11, 2011 and September 6, 2011 is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that the ends of justice are served by the exclusion of that time so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

DATE: July 7, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1