```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW G. MORRIS
    Assistant United States Attorneys
 3  501 I Street, Suite 10-100
    Sacramento, CA  95814
 4  Telephone: (916) 554-2700
    Facsimile:  (916) 554-2900
 5
 6  Attorneys for Plaintiff
    United States of America
 7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-cr-159-KJM |
|---|---|
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO CONTINUE; ORDER |
| v. | |
| JOSEPH WOOD, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. On October 1, 2014, the parties requested that the case be calendared for a status conference regarding competency on October 22, 2014. The parties indicated that they would attempt to reach an agreement on the competency evaluation in the interim.

2. The defense believes there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him incompetent to the extent that he is (a) unable to understand the nature and consequences of the proceedings against him, or (b) to assist properly in his defense.

3. The government, while not conceding the question of competency, agrees that the information provided to it by the defense is sufficient to create reasonable cause to believe that an

evaluation should be accomplished.

4. The government believes that the standard for competency evaluation is an in-custody evaluation at a Bureau of Prisons facility, which normally takes 30 to 45 days and is conducted by staff specifically trained to evaluate competency issues.

5. The defendant would like to avoid in-custody evaluation if at all possible, and requests that an out-of-custody evaluation be conducted. The government is willing to attempt evaluation out of custody.

6. The defense requests that Doctor Paul Wuehler conduct a competency examination. The government requests that either Doctor Bruce Ebert or Doctor John Foster conduct a competency examination. Each party will bear the costs of retaining their respective doctor.

7. Given the upcoming holidays, the parties request that the respective doctors be given 60 days to complete their evaluation and reports, and that a hearing on competency be scheduled approximately one month later.

8. The time between October 22, 2014 and the date of the competency hearing should be excluded under the Speedy Trial Act, Local Code A, 18 U.S.C. § 3161(h)(1)(A).

IT IS SO STIPULATED.

Dated: October 21, 2014            BENJAMIN B. WAGNER
                                   United States Attorney

                              By:  /s/ MATTHEW G. MORRIS
                                   MATTHEW G. MORRIS
                                   Assistant United States Attorney

Dated: October 21, 2014       By:  /s/ JESSE SANTANA (auth by phone 10/21/14)
                                   JESSE SANTANA
                                   Counsel for the Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JOSEPH WOOD,<br><br>                Defendant. | CASE NO.  2:11-cr-159-KJM<br><br>ORDER ON COMPETENCY EVALUATION |

The court hereby FINDS as follows:

1. Based on the record to date, there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is (a) unable to understand the nature and consequences of the proceedings against him, or (b) to assist properly in his defense.

The court hereby ORDERS the following:

1. The defendant shall submit to two mental competency evaluations to assess his competency to stand trial in this case.

2. The mental competency evaluations shall be conducted by:

>   Dr. Paul Wuehler, Ph.D.
>   1212 F. Street
>   Marysville, CA  95901
>   (530) 743-6778

>   and either

>   Dr. Bruce Ebert, Ph.D., J.D., LL.M
>   300 Harding Blvd, Suite 116
>   Roseville CA 95678
>   (916) 781-7875

>   Or

/////

/////

        Dr. John Foster, Ph.D.
        Arden Psychological Services
        1620 Executive Court
        Sacramento CA 95864
        (916) 922-8050

3. The defense will bear the costs of any evaluation by Doctor Wuehler, and the government will bear the costs of any evaluation by Doctors Ebert or Foster.

4. Both evaluations are to be returned to the court no later than December 17, 2014.

5. The evaluations are to address the legal issue of competency of Joseph Wood. Both Dr. Wuehler and Drs. Ebert or Foster shall review the BOP Guidelines for Forensic Evaluations and incorporate the same protocol, such as the defendant's history, behavioral observations, collateral observations (such as police reports), medical history, psychological testing, and forensic interviews.

6. The defendant will make himself available to the retained doctors for the purposes of complying with this order.

7. The parties will appear on January 21, 2015, at 9:00 a.m. before the undersigned for a hearing on the competency of the defendant.

8. Pending the January 21, 2015 hearing, defendant shall continue to comply with all conditions of pretrial release, as the foregoing order to submit to evaluations is in addition to those conditions.

9. Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A), Local Code A, between October 22, 2014 and January 21, 2015.

Dated: October 21, 2014.

                                      UNITED STATES DISTRICT JUDGE

4