IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JOSEPH WOOD,<br><br>                Defendant. | CASE NO.  2:11-cr-159-KJM<br><br>ORDER FOR A COMPETENCY EXAM |

1. The defendant has obtained two reports on his mental competency. One, by Dr. Paul Wuehler, determined that the defendant is competent to stand trial. One, by Dr. Craig West, concluded that he is not competent to stand trial.

2. The Court therefore orders that the defendant be remanded into the custody of the Bureau of Prisons for an examination and report to determine his competency to stand trial in accordance with 18 U.S.C. § 4247(b)-(c).

3. The Court further orders that the defendant may surrender not later than September 10, 2015, to the facility designated by the Bureau of Prisons, or if no such facility is designated by that date, to the United States Marshal's Service at 501 I Street, 5th Floor, Sacramento, California 95814.

DATED: September 1, 2015.

_____
UNITED STATES DISTRICT JUDGE

Order for a Competency Exam        1