**Jesse I. Santana (State Bar No. 132803)**
**Santana and Carlos Law Firm, P.C.**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant
Joseph Wood

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-159-KJM |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER |
| JOSEPH WOOD, | |
| Defendant. | |

It is hereby stipulated between the parties, Plaintiff United States of America, through Assistant U.S. Attorney Matthew G. Morris, and Defendant Joseph Wood, through his attorney Jesse I. Santana, as follows:

Joseph Wood has been ordered to self-surrender to the Bureau of Prisons-Los Angeles Metropolitan Detention Center by 2:00 p.m. on September 10, 2015, for an Order for Competency Exam. Pretrial Services has confirmed the defendant's travel itinerary which consists of driving from Yuba City to Los

1

Angeles. Pretrial Services has also confirmed the defendant will be traveling with his wife, Jean Wood. Given the length of the drive, the defendant would like to leave on the afternoon of September 9, 2015. As such, Pretrial Services is requesting authorization to remove the defendant's location monitoring at 4:00 p.m. on September 9, 2015. Pretrial Services has spoken with the defendant's wife and she has agreed to remain with the defendant from 4:00 p.m. on September 9, 2015, until the defendant's self-surrender on September 10, 2015.

In addition, the defendant shall contact Pretrial Services immediately upon his release from custody from the Bureau of Prisons. At which time Pretrial Services shall coordinate with the defendant to reinstall his location monitoring equipment immediately upon his return to Sacramento.

IT IS SO STIPULATED.

Date: September 8, 2015.                         /s/
                                        JESSE I. SANTANA

                                        Attorney for Defendant
                                        Joseph Wood

Date: September 8, 2015.                         /s/
                                        MATTHEW G. MORRIS

                Assistant U.S. Attorney
                Attorney for Plaintiff

IT IS SO ORDERED.

Dated: September 9, 2015.

_____
UNITED STATES DISTRICT JUDGE