**Jesse I. Santana (State Bar No. 132803)**
**Santana and Carlos Law Firm, P.C.**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant
Joseph Wood

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-159-KJM |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER |
| JOSEPH WOOD, | |
| Defendant. | |

It is hereby stipulated between the parties, Plaintiff United States of America, through Assistant U.S. Attorney Matthew G. Morris, and Defendant Joseph Wood, through his attorney Jesse I. Santana, as follows:

Joseph Wood is scheduled to have an MRI performed on December 19, 2016 at 12:30 p.m. at the Sacramento VA Medical Center. Pretrial Services has confirmed Mr. Wood's MRI appointment. As such, Mr. Wood is requesting authorization to remove the defendant's location monitoring device while he undergoes the MRI. On December 19, 2016, Mr. Wood will need to report to the

Pretrial Services Office prior to the MRI appointment to have the ankle monitor removed.  In addition, after undergoing the MRI, Mr. Wood must report to the Pretrial Services Office to have the ankle monitor reinstalled by no later than 4:00 p.m. on December 19, 2016.

IT IS SO STIPULATED.

Date: December 15, 2016.        <u>      Jesse I. Santana /s/       </u>
                                JESSE I. SANTANA

                                Attorney for Defendant
                                Joseph Wood

Date: December 15, 2016.        <u>Matthew Morris /s/ (authorized 12/15/2016)</u>
                                MATTHEW G. MORRIS

                                Assistant U.S. Attorney
                                Attorney for Plaintiff

IT IS SO ORDERED.

Dated:  December 15, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE